IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03383-AP

Sandria Pacheco

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Nicholas D. Purifoy (MO #57816)
Disability Professionals
214 W. 18th St., Suite 100
Kansas City, MO 64108
(816) 221-8800
(816) 221-0078
npurifoy@mydisabilityprofessionals.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

**A.**     **Date Complaint Was Filed:** December 16, 2013

**B.**     **Date Complaint  Was Served on U.S. Attorney's Office:** January 27, 2014

**C.**     **Date Answer and Administrative Record Were Filed:** March 26, 2014

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

    **A.      Plaintiff's Opening Brief Due:**  May 27, 2014
    **B.      Defendant's Response Brief Due**: June 25, 2014
    **C.      Plaintiff's Reply Brief (If Any) Due:** July 10, 2014

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.      Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.      Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    ***Indicate below the parties' consent choice***.

    **A.      (   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.      ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 16th day of April, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Nicholas Purifoy
Nicholas D. Purifoy (MO #57816)
Disability Professionals
214 W. 18th St., Suite 100
Kansas City, MO 64108
(816) 221-8800
(816) 221-0078 (facsimile)
npurifoy@mydisabilityprofessionals.com

By: s/ Alexess D. Rea
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
(303) 844-0770 (facsimile)
alexess.rea@ssa.gov

Attorney for Plaintiff

Attorneys for Defendant